ALEXANDRE VAN DAMME, Respondent, v NAHUM GELBER, Appellant, and ARIJ GASIUNASEN FINE ART OF PALM BEACH, INC., Doing Business as GASIUNASEN GALLERY, Respondent. (And a Third-Party Action.)

Submitted May 9, 2011; decided June 9, 2011

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 16 NY3d 708 (2011)].